STATE v. JONES

No. 395A91-3

Case below: 343 N.C. 755

Motion by defendant to reconsider the denial of first post-conviction petition for certiorari/supersedeas on 7/30/96 dismissed 2 October 1997.

STATE v. MEDLEY

No. 460P97

Case below: 127 N.C.App. —— (2 September 1997)

Motion by defendant for temporary stay allowed 17 September 1997.

STATE v. MILLER

No. 413P97

Case below: 126 N.C.App. 832

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

STATE v. RICK

No. 369P97

Case below: 126 N.C.App. 612

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

STATE v. STOKES

No. 383P97

Case below: 126 N.C.App. 832

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.